UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| Kyle M. Lawler and <br> Hannah Lawler, <br> Individually and as husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> Union Pacific Railroad Company, <br> a Delaware corporation, and <br> Landus Cooperative, an Iowa corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. _____ |

**Complaint and Jury Demand**

COME NOW the Plaintiffs, Kyle M. Lawler and Hannah Lawler, and for their first claim and cause of action against Defendant, Union Pacific Railroad Company, a Delaware corporation (Union Pacific) and Defendant Landus Cooperative, an Iowa corporation (Landus Coop) states and alleges as follows:

**Preliminary Statement**

1. This is an action to recover damages for personal injuries Plaintiff Kyle M. Lawler suffered during the course and scope of his employment with Defendant Union Pacific. Plaintiff Kyle M. Lawler's claim against Union Pacific is brought under the Federal Employers' Liability Act (FELA), 45 U.S.C. §§51-60. Plaintiffs Kyle M. Lawler and Hannah Lawler bring a separate negligence claim against Landus Coop under Iowa law.

**Parties**

2. That at all times relevant herein, Plaintiffs Kyle M. Lawler and Hannah Lawler were residents and citizens of Fort Dodge, County of Webster, State of Iowa.

3. That at all times relevant herein, Union Pacific was a duly organized corporation, incorporated in the state of Delaware with its principal offices at 1400 Dodge Street, Omaha, Nebraska 68179.

4. That at all times material herein, Landus Coop was a duly organized corporation incorporated in the state of Iowa with its principal offices located at 2321 North Loop Drive, Suite 220, Ames, Iowa 50010.

**Jurisdiction and Venue**

5. The jurisdiction of this court over Kyler M. Lawler's claim against Defendant, Union Pacific, is invoked under 28 U.S.C. §1331, federal question jurisdiction based on the Federal Employers' Liability Act, 45 U.S.C. §51.

6. The jurisdiction of this court over Kyler M. Lawler and Hannah Lawler's claim against Defendant, Landus Coop, is invoked under 28 U.S.C. §1367, supplemental jurisdiction as a claim so related to the claim against Defendant, Union Pacific, that it forms part of the same case or controversy under Article III of the United States Constitution.

7. This Court has personal jurisdiction over Landus Cooperative and Union Pacific Railroad Company because they purposefully availed themselves of the privilege of conducting activities in the State of Iowa, and the incident which is the subject of this lawsuit occurred in Iowa creating sufficient minimum contacts with the State to permit this Court to exercise jurisdiction over them.

8. Venue of this lawsuit in this Court against Union Pacific is proper pursuant to 45

U.S.C. §56 which allows bringing a FELA lawsuit in a court where the cause of action arose or where Defendant is doing business.

9. Venue of this lawsuit in this Court against Landus Cooperative is proper pursuant to 28 U.S.C. §1391(d) which allows bringing a state-based claim in a court in which a corporation is subject to personal jurisdiction by virtue of its operations in the district.

### Count One – Union Pacific Railroad Company (Negligence)

### Facts

10. That at all times material herein, Defendant, Union Pacific owned and operated trains over tracks in the County of Webster, State of Iowa, and was and is engaged as a common carrier in interstate commerce.

11. That at all times material herein, Defendant Union Pacific employed Plaintiff as a conductor, and that at the time of the occurrence of the incident herein, all or part of Plaintiff's duties were in the furtherance of Union Pacific's business in interstate commerce.

12. That at all times material herein, Defendant Landus Cooperative, a domestic corporation, was engaged in the business of providing agronomy services in the State of Iowa with its principal office in Ames, Iowa, Story County and operations in Polk County.

13. That on or about May 25, 2017, Plaintiff, Kyle M. Lawler was in the course and scope of his employment working as a conductor for Defendant Union Pacific on the premises of Defendant Landus Cooperative near Farnhamville, Iowa. While performing his duties and walking beside his assigned train, Plaintiff was exposed to anhydrous ammonia released from a tank owned and/or controlled by Defendant Landus Cooperative. The exposure resulted in injury and damage as hereinafter set forth.

14. That the injuries and damages sustained by Plaintiff, Kyle M. Lawler were caused

by the negligence of Defendant Union Pacific in violation of the Federal Employers' Liability Act, 45 U.S.C. §§51-60. Specifically, Defendant Union Pacific was negligent for:

    a.    Failing to inspect the area Plaintiff was assigned to work;

    b.    Failing to adopt policies and procedures to mitigate the risk of exposure to toxic substances;

    c.    Failing to provide proper medical recommendations immediately following the exposure; and

    d.    Failing to provide a reasonably safe place to work.

15.    That as a consequence of the negligence of Defendant Union Pacific, Plaintiff, Kyle M. Lawler has suffered pain in the past and will suffer pain in the future; has incurred expenses for medical treatment, and will incur further like expenses in the future; has suffered loss of earnings and loss of future earning capacity; has suffered loss of his enjoyment of life, all to his injury and damage.

### Count Two - Landus Cooperative (Negligence)

COME NOW the Plaintiffs, Kyle M. Lawler and Hannah Lawler, and for their claims and causes of action against Defendant Landus Cooperative, an Iowa corporation (Landus Coop) state and allege as follows:

16.    Re-alleges Paragraphs 1 through 13 of Count One as though set forth at length and in detail herein.

17.    That the injury and damages sustained by Plaintiff Kyle M. Lawler and Hannah Lawler were caused by the negligence of Defendant Landus Cooperative. Specifically, Defendant Landus Cooperative was negligent for:

    a.    Failing to properly inspect and maintain its tanks to prevent the unintended release of anhydrous ammonia;

    b.    Failing to adopt practices and procedures to prevent the unintended release of

anhydrous ammonia;

c. Failing to follow proper practices and procedures to present the unintended release of anhydrous ammonia;

d. Failing to adopt practices and procedures to respond to the unintended release of anhydrous ammonia; and

e. Failing to follow proper practices and procedures to respond to the unintended release of anhydrous ammonia.

18. That as a result, Plaintiff, Kyle M. Lawler was injured, suffered pain in the past and will suffer pain in the future; has incurred expenses for medical attention and hospitalization, and will incur further like expenses in the future; has suffered loss of earnings and impairment of future earning capacity; and suffered loss of enjoyment of life, all to his injury and damage.

19. That by reason of Kyle M. Lawler's injuries as hereinbefore set forth, Plaintiff Hannah Lawler has in the past and will in the future be deprived of the services, society, comfort, companionship and consortium of her husband, and by reason of the foregoing, has sustained damages.

### Jury Demand

Plaintiffs, Kyle M. Lawler and Hannah Lawler demand a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

### Prayer for Relief

Plaintiff, Kyle M. Lawler prays for judgement against each Defendant for his damages together with costs and disbursements, prejudgment interest and such further relief as the Court deems appropriate and just.

Plaintiff, Hannah Lawler prays for judgement against Defendant, Landus Cooperative, an Iowa corporation, for her damages together with costs and disbursements, prejudgment interest and such further relief as the Court deems appropriate and just.

Dated: April 25, 2018

William Kvas
HUNEGS, LeNEAVE & KVAS, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Minneapolis, MN 55391
Tel: (612) 339-4511
Fax: (612) 339-5150
wkvas@hlklaw.com

and

COPPOLA, McCONVILLE, COPPOLA,
CARROLL, HOCKENBERG & SCALISE, P.C.

/s/ Michael J. Carroll
_____
Michael J. Carroll
2100 Westown Parkway, Suite 210
West Des Moines, IA 50265
Tel: (515) 985-7571
michael@wdmlawyers.com

ATTORNEYS FOR PLAINTIFF