IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Kyle M. Lawler and<br>Hannah Lawler,<br>Individually and as husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>Union Pacific Railroad Company,<br>a Delaware corporation, and<br>Landus Cooperative, an Iowa corporation,<br><br>    Defendants. | Case No. 4:18-CV-00125<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

COMES NOW the parties, by and through their respective counsel of record, and hereby stipulate that the Court may dismiss the above-captioned matter, with prejudice as to all parties with each party to pay their own costs and with complete record waived, for the reason that the parties have resolved this matter.

Dated: November 12, 2019        HUNEGS, LeNEAVE & KVAS, P.A.

        s/William Kvas
        William Kvas, (Admitted Pro Hac Vice)
        1000 Twelve Oaks Center Drive, Suite 101
        Minneapolis, MN 55391
        Tel: (612) 339-4511
        Fax: (612) 339-5150
        wkvas@hlklaw.com

        and

        Michael J. Carroll
        COPPOLA, McCONVILLE, COPPOLA,
        CARROLL, HOCKENBERG & SCALISE, P.C.
        2100 Westown Parkway, Suite 210
        West Des Moines, IA 50265
        Tel: (515) 453-1055
        Fax: (515) 453-1059
        michael@wdmlawyers.com

        **ATTORNEYS FOR PLAINTIFFS**

DAVIS, BROWN, KOEHN, SHORS
& ROBERTS, P.C.


s/Michael C. Richards
Michael C. Richards, AT0010828
215 10th Street, Suite 1300
Des Moines, IA 50309
Tel: (515) 288-2500
Fax: (515) 243-0654
mikerichards@davisbrownlaw.com

**ATTORNEYS FOR DEFENDANT
LANDUS COOPERATIVE**



LAMSON, DUGAN & MURRAY, LLP


s/William M. Lamson, Jr.
William M. Lamson, Jr. (Admitted Pro Hac Vice)
Sean A. Minahan, #OS17423
10306 Regency Parkway Drive
Omaha, NE 68114
Tel: (402) 397-7300
Fax: (402) 397-7824
wlamson@ldmlaw.com
sminahan@ldmlaw.com

**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD**